SEPTEMBER 10, 1980

No. 78–918. REPUBLIC STEEL CORP. *v.* OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION ET AL.; and

No. 78–919. AMERICAN IRON & STEEL INSTITUTE ET AL. *v.* OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION ET AL. C. A. 3d Cir. [Certiorari granted, *ante,* p. 909.] Writs of certiorari dismissed under this Court's Rule 53.

SEPTEMBER 12, 1980

No. 79–1203. LUCKY MC URANIUM CORP *v.* GEOMET EXPLORATION, LTD. Sup. Ct. Ariz. [Certiorari granted, 447 U. S. 920.] Writ of certiorari dismissed under this Court's Rule 53.

SEPTEMBER 17, 1980

No. 79–4. WILLIAMS ET AL. *v.* ZBARAZ ET AL., *ante,* p. 358;

No. 79–5. MILLER, ACTING DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. *v.* ZBARAZ ET AL., *ante,* p. 358;

No. 79–491. UNITED STATES *v.* ZBARAZ ET AL., *ante,* p. 358; and

No. 79–1268. HARRIS, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* McRAE ET AL., *ante,* p. 297. Motions of Richard Abel et al. and Abortion Rights Council of Minnesota et al. for leave to file briefs as *amici curiae* granted. Petitions for rehearing denied.

No. 79–561. NEW YORK NEWS, INC. *v.* BELL, JUSTICE, SUPREME COURT OF NEW YORK, ET AL., *ante,* p. 910;

No. 79–669. DAWSON CHEMICAL CO. ET AL. *v.* ROHM & HAAS CO., *ante,* p. 176; and

No. 79–1615. HALL *v.* CALIFORNIA ET AL., 447 U. S. 917. Petitions for rehearing denied.